# Robin Pfalzgraf



October 17, 2019

The Honorable Judge Rebecca Goodgame Ebinger
U.S. District Courthouse
123 East Walnut Street
Des Moines, IA 50309

RE:   Mark Blankespoor  - **PERSONAL AND CONFIDENTIAL**

Dear Judge Goodgame Ebinger,

I know this is a little out of the "ordinary" but I cannot have peace until I write you a second letter and send it to you directly.  Several weeks ago I felt an inner push from the holy spirit (if you're not a Christian please stay with me) that Mark would be such an asset to Habitat or another organization like Habitat.

I have struggled with the kind and helpful man and the man that committed this crime.  As much as I think of him, another person or people think he is "unforgiveable" or a "thief".  I would have to say if I were a victim of Mark's crime I don't know how I would feel.  I've never had the opportunity to have money like that and probably won't in this lifetime.

I was thinking and praying about what life in prison would be like for a man like Mark.  Ironically, I have spent a large part of my career working with men that have been in and out of prison.  I have learned there is a great difference between a state prison and federal prison and know far more than I ever wanted.  Once I even had a former felon tell me that he was to be credited for the use of "sporks" in prison! ☺

Through my thought and prayer process I thought Mark should be exposed to the people I work with every day.  The people who think an extra $20.00 is a wonderful as I would think winning the lottery.  The people who currently live in a rental home where the water is so bad that they cannot bathe their children in it or they get chemical burns.  The water they drink and cook with must be hauled by the gallon jugs from their parent's home who live several towns away.



I know Mark says at a minimum he must serve several years and as a former court clerk I would say "if you commit the crime you must do the time". With that, I think about how Mark could see the value of the money that was not his to take.

Habitat is currently working on five homes in Marion County. Two are for people who are living in deplorable conditions. The rent for one is $850 plus utilities. Both parents work for Casey's and work opposite shifts to care for their children. One daughter is autistic and requires many trips to Des Moines to see specialists. Sometimes they are saving change to pay for gas to get to those appointments.

I believe if Mark were exposed to the true value of a dollar he would see life so very differently. I think he would see my families as the people they are and how we take money for granted where there are others that would recycle when we don't bother, that would spend nights in the cold when we never have to worry about that. One family wakes up at night and find mice crawling in their beds.

Again, Mark has no idea I am sending you this note but I want to ask you to consider making Mark's sentence a sentence of giving back. Make him work on my homes, help my families, see a whole different life than what he has lived. Trust me, I speak from personal experience when I say it is life changing.

Judge, since my young days as a Deputy Court Administrator I have respected and revered the job you do. I am only requesting this because I feel so strongly that God has told me that Mark will do great things, he will become, or has become a new man.

I heard a speech once, through a church program called Alpha, where a man embezzled money from the bank he worked. I coined his talk "It began with a dollar..". I believe Mark will do the same for others when he is ready. I lost a child to suicide in 2011 at the age of 19. I believe Mark and I are meant, someday, to share our stories that even though bad things happen either by our choice or accident our God is greater than those things and can really "work all things together for good.." Romans 8:28.

Thank you for your time and I will especially be praying for you and for Mark on November 1.

*Robin Pfalzgraf*
Robin Pfalzgraf

Robin Pfalzgraf
1402 Main Street
Pella, IA 50219

17 OCT 2019 PM 2 L

X-RAYED & CLEARED BY U.S.M.S.

The Honorable Judge Rebecca Goodgame Ebinger
U.S. District Courthouse
123 East Walnut Street
Des Moines, IA 50309

50309-203599