IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:19-CR-059 |
| | ) | |
| | ) | GOVERNMENT'S MOTION FOR |
| v. | ) | LEAVE TO FILE SENTENCING |
| | ) | MEMORANDUM EXHIBITS |
| | ) | UNDER SEAL |
| MARK ALAN BLANKESPOOR, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW, the United States of America, in the Southern District of Iowa, by and through Assistant United States Attorney Rachel J. Scherle, and hereby moves the court for permission to file the Government's Sentencing Memorandum Exhibits under seal as they include victim information that should not be made public.

        United States of America

        Marc Krickbaum
        United States Attorney

By: */s/ Rachel J. Scherle*
       Rachel J. Scherle
       Assistant United States Attorney
       United States Courthouse Annex
       110 East Court Avenue, Suite 286
       Des Moines, Iowa 50309-2053
       Tel: (515) 473-9300
       Fax: (515) 473-9292
       Email: Rachel.scherle@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2019, I
electronically filed the foregoing with the
Clerk of Court using the CM ECF system. I hereby
certify that a copy of this document was served
on the parties or attorneys of record by:

\_\_\_\_U.S. Mail _____ Fax _____Hand Delivery
 X   ECF/Electronic filing    \_\_\_\_Other means

UNITED STATES ATTORNEY

By: */s/S. Irwin*
       Paralegal Specialist